Case 15-3424, Document 79, 08/10/2016, 1838143, Page1 of 1

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 10, 2016
Docket #: 15-3424cv
Short Title: Thomas v. TXX Services, Inc.

DC Docket #: 13-cv-2789
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Locke
DC Judge: Feuerstein

## NOTICE OF HEARING DATE

**Argument Date/Time:** Thursday, September 29, 2016 at 10:00 a.m.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 15th Floor, Room 1505

**Time Allotment:** 10 minutes per side.

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

---

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Denise Schulman
Firm Name (if applicable): Joseph + Kirschenbaum LLP
Current Telephone Number: 212-688-5640

The above named attorney represents:
(✓) Appellant/Petitioner ( ) Appellee-Respondent ( ) Intervenor

Date: 8/10/16 Signature: [signature]