UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Thomas v. TXX Services, Inc. | USCA DOCKET NUMBER:<br>15-3424cv | COUNSEL'S NAME:<br>Denise A. Schulman |
| | DISTRICT/AGENCY:<br>EDNY | COUNSEL'S ADDRESS:<br>32 Broadway, Suite 601, New York, NY 10004 |
| | DISTRICT/AGENCY NUMBER:<br>13-cv-2789 | DATE:<br>November 2, 2016 |

Counsel for
Plaintiffs-Appellants
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendants-Appellees
and in favor of
Plaintiffs-Appellants
for insertion in the mandate.

Docketing Fee                                                                 $505

Costs of printing appendix (necessary copies 6         )        $1,026

Costs of printing brief (necessary copies 6         )            $141.60

Costs of printing reply brief (necessary copies 6         )    $38.40

**(VERIFICATION HERE)**
I hereby certify, pursuant to 28 U.S.C. § 1924, that I have knowledge of the facts pertaining to this Verified Itemized Bill of Costs, and that this Verified Itemized Bill of Costs is correct and has been necessarily incurred in this case, and that the services for which fees have been charged were actually and necessarily performed. I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd date of November 2016 in New York, NY.

/s/ Denise A. Schulman

Signature

Rev. April, 2011

Case 15-3424, Document 89, 11/02/2016, 1898752, Page2 of 3

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, MD 21264-5019
800-427-7325

*PLEASE NOTE NEW REMITTANCE ADDRESS*

Invoice Number: 0009066116
Date: 2/22/2016
Fed. Tax ID: ███

Terms: ON RECEIPT

**Sold To**

Joseph & Kirschenbaum LLP
32 Broadway
25th Floor
New York, NY 10004   USA

Attention: Ms. Bella Pliskin

File No.: 263069
Court: USCOA - 2ND
Case Name: Cecil Thomas v. Txx Services, Inc.

For Reproduction of:

JOINT APPENDIX
 - (9 copies)

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 3.00 | Cover(s) - 1st Side | @ | $135.00 | $405.00 |
| 1.00 | Additional Cover(s) | @ | $105.00 | $105.00 |
| 855.00 | Page(s) | @ | $3.95 | $3,377.25 |
| 6.50 | Hour(s) Paralegal Time | @ | $105.00 | $682.50 |
| 3.00 | Electronic File Production and Review | @ | $120.00 | $360.00 |
| 7.00 | File Upload(s) | @ | $35.00 | $245.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |

APPELLANT'S BRIEF & SPECIAL APPENDIX
 - (9 copies, 118 pages)

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 1.00 | Preparation of Brief | @ | $925.00 | $925.00 |
| 1.00 | Additional Cover(s) | @ | $105.00 | $105.00 |
| 1.00 | Hour(s) Paralegal Time | @ | $105.00 | $105.00 |
| 1.00 | Electronic File Production and Review | @ | $65.00 | $65.00 |
| 1.00 | File Upload(s) | @ | $35.00 | $35.00 |

DS

01-MCE

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal: $6,484.75
Sales Tax: $575.52
$0.00
Payment/Credit Amount: $0.00
**Balance: $7,060.27**

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009068807
Date: 05/31/2016
Fed. Tax ID: ▓▓▓▓▓
Terms: ON RECEIPT

**Sold To**

Joseph & Kirschenbaum, LLP
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279   USA

Attention: Denise Schulman, Esq.

File No.: 265824
Court: USCOA - 2ND
Case Name: Cecil Thomas v. Txx Services, Inc.

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | REPLY BRIEF | | | |
| | - (9 copies, 32 pages) | | | |
| 1.00 | Preparation of Brief | @ | $415.00 | $415.00 |
| 1.00 | Additional Cover(s) | @ | $105.00 | $105.00 |
| 1.00 | Electronic File Production and Review | @ | $65.00 | $65.00 |
| 1.00 | File Upload(s) | @ | $35.00 | $35.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |
| | CORRECTIONS/AMENDMENTS | | | |
| 12.00 | Cover(s) - Crack-n-Peel (2 sided) | @ | $6.00 | $72.00 |
| 0.50 | Hour(s) - Revisions | @ | $98.00 | $49.00 |

01-MCE

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal: $816.00
Sales Tax: $72.42
$ 0.00
Payment/Credit: $0.00
Balance: $888.42

Page 1 of 1

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY